UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 07-3229 (DSD/SRN)

United States of America,

        Plaintiff,

v.                               **ORDER**

$186,907.00 IN U.S. Currency,
One 2006 Dodge Ram Pickup, and
One 2007 Maurer 16 Foot Full
Tilt Dual Axel Flatbed Trailer,

        Defendant.

The above-entitled matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Susan Richard Nelson dated July 14, 2008. No objections have been filed to that Report and Recommendation in the time period permitted.

Based on the Report and Recommendation of the Magistrate Judge, and all of the files, records and proceedings herein,

    **IT IS HEREBY ORDERED** that:

    1.    Claimant's motion to suppress (Doc. No. 28) is DENIED.

Dated: July 31, 2008

                                          s/David S. Doty
                                          David S. Doty, Judge
                                          United States District Court